In the Matter of RUSSELL D. DUSTIN, Appellant, against THOMAS H. MURPHY, as Warden of Clinton Prison, et al., Respondents.

Submitted May 20, 1940; decided June 4, 1940.

*Russell D. Dustin,* appellant, in person.

*John J. Bennett, Jr., Attorney-General (Henry Epstein, Patrick H. Clune* and *Victor F. Boire* of counsel), for respondents.

Order affirmed; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ. Taking no part: LEHMAN, Ch. J.